UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
TRINA L. FORD,                     )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )    C.A. No. 16-146 S
                                   )
NANCY A. BERRYHILL, ACTING         )
COMMISSIONER OF SOCIAL             )
SECURITY ADMINISTRATION,           )
                                   )
        Defendant.                 )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

  Plaintiff seeks judicial review of Defendant's decision to deny Plaintiff Disability Insurance Benefits. (See Compl., ECF No. 1.) Plaintiff filed a Motion to Reverse the Defendant's Final Decision (ECF No. 18) and Defendant filed a Motion for an Order Affirming the Commissioner's Decision (ECF No. 19). Pursuant to 28 U.S.C. § 636(b)(1)(B), this matter was referred to Magistrate Judge Lincoln D. Almond. After finding "substantial evidence in [the] record to support the Commissioner's decision," Magistrate Judge Almond recommended that Plaintiff's Motion be denied and Defendant's Motion be granted. (Report and Recommendation 1, ECF No. 20.) Plaintiff has not filed an objection to the Report and Recommendation and the deadline for any such objection has passed. Plaintiff's

objections, if any, are therefore waived and the Report and Recommendation is ADOPTED. See United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986). Plaintiff's Motion to Reverse (ECF No. 18) is DENIED and Defendant's Motion to Affirm (ECF No. 19) is GRANTED.

IT IS SO ORDERED.

_____
William E. Smith
Chief Judge
Date: February 27, 2017